UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORIDALIA A CLEMENTA DE JESUS *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>SUPER BREAD II CORP. *et al*,<br><br>Defendants. | 26 Civ. 6145 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 21, 2026, defendants removed the above-entitled action from New York Supreme Court, Bronx County to the United States District Court for the Southern District of New York. Dkt. 1. On August 6, 2026, this Court directed defendants to submit to the Court within 14 days, the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

Dkt 4 at 2. Defense counsel was further directed to file an answer to plaintiffs' complaint. *Id.* As of today, defendants have not submitted such filings.

The Court directs defense counsel to comply with the Court's order at docket 4 in full by **Tuesday, October 20, 2026**, and to explain why defendants previously failed to comply with that order. The initial pretrial conference scheduled for Thursday, October 8, 2026 is adjourned *sine dire* pending defendants' response.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2026
New York, New York